# EXHIBIT A

## TERMS AND CONDITIONS AGREEMENT – HOME, HOME OFFICE AND SMALL BUSINESS CUSTOMERS

### PLEASE READ THIS DOCUMENT CAREFULLY!
IT CONTAINS VERY IMPORTANT INFORMATION ABOUT YOUR RIGHTS AND OBLIGATIONS, AS WELL AS LIMITATIONS AND EXCLUSIONS THAT MAY APPLY TO YOU. THIS DOCUMENT CONTAINS A DISPUTE RESOLUTION CLAUSE

This Agreement contains the terms and conditions that apply to purchases by Home, Home Office, and Small Business customers from the Dell entity named on this invoice ("Dell"). You agree to be bound by and accept this agreement as applicable to your purchase of product(s) or service(s) from Dell. By accepting delivery of the computer systems and or other products described on this invoice, You ("Customer") agrees to be bound by and accepts these terms and conditions. THESE TERMS AND CONDITIONS APPLY (i) UNLESS THE CUSTOMER HAS SIGNED A SEPARATE PURCHASE AGREEMENT WITH DELL, IN WHICH CASE THE SEPARATE AGREEMENT SHALL GOVERN; OR (ii) UNLESS OTHER DELL STANDARD TERMS APPLY TO THE TRANSACTION. These terms and conditions are subject to change without prior written notice at any time, in Dell's sole discretion.

1. **Other Documents.** Other than as specifically provided in any separate formal purchase agreement between Customer and Dell, these terms and conditions may NOT be altered, supplemented, or amended by the use of any other document(s). Any attempt to alter, supplement or amend this document or to enter an order for product(s) which is subject to additional or altered terms and conditions will be null and void, unless otherwise agreed to in a written agreement signed by both Customer and Dell.

2. **Governing Law.** THIS AGREEMENT AND ANY SALES THEREUNDER SHALL BE GOVERNED BY THE LAWS OF THE STATE OF TEXAS, WITHOUT REGARD TO CONFLICTS OF LAWS RULES.

3. **Payment Terms; Orders; Quotes; Interest.** Terms of payment are within Dell's sole discretion, and unless otherwise agreed to by Dell, payment must be received by Dell prior to Dell's acceptance of an order. Payment for the products will be made by credit card, wire transfer, or some other prearranged payment method unless credit terms have been agreed to by Dell. Invoices are due and payable within the time period noted on this invoice, measured from the date of the invoice. Dell may invoice parts of an order separately. Orders are not binding upon Dell until accepted by Dell. Any quotations given by Dell will be valid for the period stated on the quotation. Customer agrees to pay interest on all past-due sums at the highest rate allowed by law.

4. **Shipping Charges; Taxes.** Separate charges for shipping and handling will be shown on Dell's invoice(s). Unless Customer provides Dell with a valid and correct tax exemption certificate applicable to the product ship-to location prior to Dell's acceptance of the order, the Customer is responsible for sales and all other taxes associated with the order, however designated, except for Dell's franchise taxes and taxes on Dell's net income. If applicable, a separate charge for taxes will be shown on Dell's invoice.

5. **Title; Risk of Loss.** Title to products passes from Dell to Customer on shipment from Dell's facility. Loss or damage that occurs during shipping by a carrier selected by Dell is Dell's responsibility. Loss or damage that occurs during shipping by a carrier selected by Customer is Customer's responsibility. Title to software will remain with the applicable licensor(s).

6. **Warranties.** THE LIMITED WARRANTIES APPLICABLE TO DELL-BRANDED PRODUCTS ARE INCLUDED IN THE DOCUMENTATION ALONG WITH THE PRODUCTS AND CAN ALSO BE LOCATED ON-LINE AT www.dell.com/us/en/gen/misc/policy_010_policy.htm. DELL MAKES NO EXPRESS WARRANTIES EXCEPT THOSE STATED IN THIS SECTION AND IN DELL'S APPLICABLE WARRANTY STATEMENT IN EFFECT ON THE DATE OF THE INVOICE. ANY SUCH WARRANTIES WILL BE EFFECTIVE, AND DELL WILL BE OBLIGATED TO HONOR ANY SUCH WARRANTIES, ONLY UPON DELL'S RECEIPT OF PAYMENT IN FULL FOR THE ITEM TO BE WARRANTED.

7. **Return Policies.** Dell systems and parts that are purchased directly from Dell by an end-user Customer may be returned by Customer in accordance with Dell's "Total Satisfaction Return Policy" in effect on the date of the invoice.

8. **Exchanges.** From time to time, Dell may, in its sole discretion, exchange products or portions of a product. Any exchanges will be made in accordance with Dell's exchange policies in effect on the date of the exchange.

9. **Products.** Dell's policy is one of on-going product update and revision. Dell may revise and discontinue products at any time. Dell will ship products that have the functionality and performance of the products ordered, but changes between what is shipped and what is described in a specification sheet or catalog are possible. The parts and assemblies used in building Dell products are selected from new and equivalent-to-new parts and assemblies in accordance with industry practices. Spare parts may be new or reconditioned.

10. **DellWare and Gigabuys Products.** DellWare and Gigabuys products may have different return and warranty policies than Dell products. DellWare and Gigabuys products may be returned to Dell in accordance with their respective return policies in effect on the date of invoice. Any warranty and technical support provided on a DellWare or Gigabuys product is provided by the original manufacturer, not by Dell. The warranties and technical support may vary from product to product.

11. **Limitation of Liability.** DELL DOES NOT ACCEPT LIABILITY BEYOND THE REMEDIES SET FORTH HEREIN, INCLUDING ANY LIABILITY FOR PRODUCTS NOT BEING AVAILABLE FOR USE OR FOR LOST OR CORRUPTED DATA OR SOFTWARE. DELL WILL NOT BE LIABLE FOR LOST PROFITS, LOSS OF BUSINESS OR OTHER CONSEQUENTIAL, SPECIAL, INDIRECT OR PUNITIVE DAMAGES, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY THIRD PARTY EXCEPT AS EXPRESSLY PROVIDED HEREIN. CUSTOMER AGREES THAT FOR ANY LIABILITY RELATED TO THE PURCHASE OF PRODUCTS OR SERVICES, DELL IS NOT LIABLE OR RESPONSIBLE FOR ANY AMOUNT OF DAMAGES ABOVE THE AGGREGATE DOLLAR AMOUNT PAID BY CUSTOMER FOR THE PURCHASE(S) UNDER THIS AGREEMENT.

12. **Binding Arbitration.** ANY CLAIM, DISPUTE, OR CONTROVERSY (WHETHER IN CONTRACT, TORT, OR OTHERWISE, WHETHER PREEXISTING, PRESENT OR FUTURE, AND INCLUDING STATUTORY, COMMON LAW, INTENTIONAL TORT AND EQUITABLE CLAIMS) AGAINST DELL, its agents, employees, successors, assigns or affiliates (collectively for purposes of this paragraph "Dell") arising from or relating to this Agreement, its interpretation, or the breach, termination or validity thereof, the relationships which result from this Agreement (including, to the full extent permitted by applicable law, relationships with third parties who are not signatories to this Agreement), Dell's advertising, or any related purchase SHALL BE RESOLVED EXCLUSIVELY AND FINALLY BY BINDING ARBITRATION ADMINISTERED BY THE NATIONAL ARBITRATION FORUM (NAF) under its Code of Procedure then in effect (available via the Internet at http://www.arb-forum.com, or via telephone at 1-800-474-2371). The arbitration will be limited solely to the dispute or controversy between Customer and Dell. Any award of the arbitrator(s) shall be final and binding on each of the parties, and may be entered as a judgment in any court of competent jurisdiction. Information may be obtained and claims may be filed at any office of the NAF or at P.O. Box 50191, Minneapolis, MN 55405. PROVIDED, HOWEVER, THAT THIS BINDING ARBITRATION REQUIREMENT DOES NOT APPLY TO CLAIMS AGAINST DELL ARISING UNDER THE APPLICABLE WRITTEN WARRANTY. SUCH CLAIMS MAY BE PURSUED IN ANY COURT OF COMPETENT JURISDICTION.

13. **Applicable Law; Not For Resale.** Customer agrees to comply with all applicable laws and regulations of the various states and of the United States. Customer agrees and represents that it is buying for its own internal use only, and not for resale. Dell has separate terms and conditions governing resale.

14. **Service and Support.** Dell endeavors to provide the best customer and technical support in the personal computer industry. For end user customers, Dell promises that its support will attempt to handle over the telephone any problem involving Dell products. However, Dell's support people may not be able to understand or resolve any given problem. Service offerings may vary from product to product. Dell has no obligation to provide service or support until Dell has received full payment for the product or services/support contract for which service or support is requested. Dell will make onsite service available to Customer in the United States in accordance with the then-current terms and conditions set by Dell and/or the third party service provider.

15. **Headings.** The section headings used herein are for convenience of reference only and do not form a part of these terms and conditions, and no construction or inference shall be derived therefrom.

# EXHIBIT B

# DELL™ TERMS AND CONDITIONS AGREEMENT
## HOME, HOME OFFICE, AND SMALL BUSINESS CUSTOMERS

> Please read this document carefully! It contains very important information about your rights and obligations, as well as limitations and exclusions that may apply to you. This document contains a dispute resolution clause.

www.dell.com
support.dell.com



Case3:06-cv-05928-JSW   Document10   Filed10/05/06   Page4 of 10

Information in this document is subject to change without notice.
© 1999–2001 Dell Computer Corporation. All rights reserved.

Reproduction in any manner whatsoever without the written permission of Dell Computer Corporation is strictly forbidden.

Trademarks used in this text: *Dell*, the *DELL* logo, *DellWare*, and *Gigabuys* are trademarks of Dell Computer Corporation.

Other trademarks and trade names may be used in this document to refer to either the entities claiming the marks and names or their products. Dell Computer Corporation disclaims any proprietary interest in trademarks and trade names other than its own.

January 2001   P/N 5064R Rev. A02

# Dell™ Terms and Conditions Agreement—Home, Home Office, and Small Business Customers

> Please read this document carefully! It contains very important information about your rights and obligations, as well as limitations and exclusions that may apply to you. This document contains a dispute resolution clause.

This Agreement contains the terms and conditions that apply to purchases by Home, Home Office, and Small Business customers from the Dell entity named on the invoice ("Dell") that will be provided to you ("Customer") on orders for computer systems and/or related products sold in the United States. You agree to be bound by and accept this agreement as applicable to your purchase of product(s) or service(s) from Dell. By accepting delivery of the computer systems and/or other products described on that invoice, Customer agrees to be bound by and accepts these terms and conditions.

THESE TERMS AND CONDITIONS APPLY (I) UNLESS THE CUSTOMER HAS SIGNED A SEPARATE FORMAL PURCHASE AGREEMENT WITH DELL, IN WHICH CASE THE SEPARATE AGREEMENT SHALL GOVERN; OR (II) UNLESS OTHER DELL STANDARD TERMS APPLY TO THE TRANSACTION.

These terms and conditions are subject to change without prior written notice at any time, in Dell's sole discretion.

1 Other Documents.

   Other than as specifically provided in any separate formal purchase agreement between Customer and Dell, these terms and conditions may NOT be altered, supplemented, or amended by the use of any other document(s). Any attempt to alter, supplement or amend this document or to enter an order for product(s) which is subject to additional or altered terms and conditions will be null and void, unless otherwise agreed to in a written agreement signed by both Customer and Dell.

2   Governing Law.

THIS AGREEMENT AND ANY SALES THEREUNDER SHALL BE GOVERNED BY THE LAWS OF THE STATE OF TEXAS, WITHOUT REGARD TO CONFLICTS OF LAWS RULES.

3   Payment Terms; Orders; Quotes; Interest.

Terms of payment are within Dell's sole discretion, and unless otherwise agreed to by Dell, payment must be received by Dell prior to Dell's acceptance of an order. Payment for the products will be made by credit card, wire transfer, or some other prearranged payment method unless credit terms have been agreed to by Dell. Invoices are due and payable within the time period noted on the invoice, measured from the date of the invoice. Dell may invoice parts of an order separately. Orders are not binding upon Dell until accepted by Dell. Any quotations given by Dell will be valid for the period stated on the quotation. Customer agrees to pay interest on all past-due sums at the highest rate allowed by law.

4   Shipping Charges; Taxes.

Separate charges for shipping and handling will be shown on Dell's invoice(s). Unless Customer provides Dell with a valid and correct tax exemption certificate applicable to the product ship-to location prior to Dell's acceptance of the order, the Customer is responsible for sales and all other taxes associated with the order, however designated, except for Dell's franchise taxes and taxes on Dell's net income. If applicable, a separate charge for taxes will be shown on Dell's invoice.

5   Title; Risk of Loss.

Title to products passes from Dell to Customer on shipment from Dell's facility. Loss or damage that occurs during shipping by a carrier selected by Dell is Dell's responsibility. Loss or damage that occurs during shipping by a carrier selected by Customer is Customer's responsibility. Title to software will remain with the applicable licensor(s).

6  Warranties.

THE LIMITED WARRANTIES APPLICABLE TO DELL-BRANDED PRODUCTS ARE INCLUDED IN THE DOCUMENTATION ALONG WITH THE PRODUCTS AND CAN ALSO BE LOCATED ONLINE AT WWW.DELL.COM/US/EN/GEN/MISC/POLICY_010_POLICY.HTM. DELL MAKES NO EXPRESS WARRANTIES EXCEPT THOSE STATED IN DELL'S APPLICABLE WARRANTY STATEMENT IN EFFECT ON THE DATE OF THE INVOICE. ANY SUCH WARRANTIES WILL BE EFFECTIVE, AND DELL WILL BE OBLIGATED TO HONOR ANY SUCH WARRANTIES, ONLY UPON DELL'S RECEIPT OF PAYMENT IN FULL FOR THE ITEM TO BE WARRANTED.

7  Return Policies.

Dell systems and parts that are purchased directly from Dell by an end-user Customer may be returned by Customer in accordance with Dell's "Total Satisfaction Return Policy" in effect on the date of the invoice.

8  Exchanges.

From time to time, Dell may, in its sole discretion, exchange products or portions of a product. Any exchanges will be made in accordance with Dell's exchange policies in effect on the date of the exchange.

9  Products.

Dell's policy is one of ongoing product update and revision. Dell may revise and discontinue products at any time. Dell will ship products that have the functionality and performance of the products ordered, but changes are possible between what is shipped and what is described in a specification sheet or catalog. The parts and assemblies used in building Dell products are selected from new and equivalent-to-new parts and assemblies in accordance with industry practices. Spare parts may be new or reconditioned.

10  DellWare™ and Gigabuys™ Products.

DellWare and Gigabuys products carry different return and warranty policies than Dell products. DellWare and Gigabuys products may be returned to Dell in accordance with their respective return policies in effect on the date of invoice. Any warranty and technical support provided on a DellWare or Gigabuys product is provided by the original manufacturer, not by Dell. The warranties and technical support may vary from product to product.

11  Limitation of Liability.

DELL DOES NOT ACCEPT LIABILITY BEYOND THE REMEDIES SET FORTH HEREIN, INCLUDING ANY LIABILITY FOR PRODUCTS NOT BEING AVAILABLE FOR USE OR FOR LOST OR CORRUPTED DATA OR SOFTWARE. DELL WILL NOT BE LIABLE FOR LOST PROFITS, LOSS OF BUSINESS OR OTHER CONSEQUENTIAL, SPECIAL, INDIRECT, OR PUNITIVE DAMAGES, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY THIRD PARTY EXCEPT AS EXPRESSLY PROVIDED HEREIN. CUSTOMER AGREES THAT FOR ANY LIABILITY RELATED TO THE PURCHASE OF PRODUCTS OR SERVICES, DELL IS NOT LIABLE OR RESPONSIBLE FOR ANY AMOUNT OF DAMAGES ABOVE THE AGGREGATE DOLLAR AMOUNT PAID BY CUSTOMER FOR THE PURCHASE(S) UNDER THIS AGREEMENT.

12  Binding Arbitration.

ANY CLAIM, DISPUTE, OR CONTROVERSY (WHETHER IN CONTRACT, TORT, OR OTHERWISE, WHETHER PREEXISTING, PRESENT OR FUTURE, AND INCLUDING STATUTORY, COMMON LAW, INTENTIONAL TORT, AND EQUITABLE CLAIMS) AGAINST DELL, its agents, employees, successors, assigns or affiliates (collectively for purposes of this paragraph ("Dell"), arising from or relating to this Agreement, its interpretation, or the breach, termination, or validity thereof, the relationships which result from this Agreement (including, to the full extent permitted by applicable law, relationships with third parties who are not signatories to this Agreement), Dell's advertising, or any related purchase SHALL BE RESOLVED EXCLUSIVELY AND FINALLY BY BINDING ARBITRATION ADMINISTERED BY THE NATIONAL ARBITRATION FORUM (NAF) under its Code of Procedure then in effect (available via the Internet at http://www.arb-forum.com, or via telephone at 1-800-474-2371). The arbitration will be limited solely to the dispute or controversy between Customer and Dell. Any award of the arbitrator(s) shall be final and binding on each of the parties and may be entered as a judgment in any court of competent jurisdiction. Information may be obtained and claims may be filed with the NAF or at P.O. Box 50191, Minneapolis, MN 55405. PROVIDED, HOWEVER, THAT THIS BINDING ARBITRATION REQUIREMENT DOES NOT APPLY TO CLAIMS AGAINST DELL ARISING UNDER THE APPLICABLE WRITTEN WARRANTY. SUCH CLAIMS MAY BE PURSUED IN ANY COURT OF COMPETENT JURISDICTION.

13  Applicable Law; Not for Resale.

Customer agrees to comply with all applicable laws and regulations of the various states and of the United States. Customer agrees and represents that it is buying for its own internal use only, and not for resale. Dell has separate terms and conditions governing resales.

14  Service and Support.

Dell endeavors to provide the best customer and technical support in the personal computer industry. For end-user Customers, Dell promises that its support personnel will attempt to handle any problem involving Dell products. However, Dell's support personnel may not be able to understand or resolve any given problem. Service offerings may vary from product to product. Dell has no obligation to provide service or support until Dell has received full payment for the product or service/support contract for which service or support is requested. Dell will make on-site service available to Customers in the United States in accordance with the then-current terms and conditions set by Dell and/or the third-party service provider.

15  Headings.

The section headings used herein are for convenience of reference only and do not form a part of these terms and conditions, and no construction or inference shall be derived therefrom.