# EXHIBIT C



P/N 5064R Rev. A02



Printed in the U.S.A.

www.dell.com
support.dell.com



Case3:06-cv-05929-JSW   Document11   Filed10/05/06   Page2 of 12



Exhibit I to Amendment No. 3
Master Contract Sales Brokerage Agreement



## SERVICE CONTRACT

PLEASE TAKE THE TIME TO READ THE FOLLOWING TERMS AND CONDITIONS UNDER WHICH BANCTEC, INC ("BANCTEC") AGREES TO PROVIDE REPAIR SERVICES FOR YOUR DELL SYSTEM. THIS AGREEMENT IS BETWEEN YOU AND BANCTEC. HERE ARE THE DETAILS OF YOUR SERVICE CONTRACT ("AGREEMENT"):

Your System. For purposes of this Agreement, a System is defined as a Dell system comprised of the following components: monitor; central processing unit (CPU); input device (such as a keyboard); a data storage device (such as a disk drive); and any other components that are described specifically in Schedule 1 of this Agreement or are standard (at the time of purchase) components of the model of the Dell System you purchased. The System covered under this Agreement is described in the attached Schedule 1 of this Agreement.

This Agreement is valid on System(s) purchased in the United States only. The Services to be provided under this Agreement apply only to the continental United States, Alaska, Hawaii and Puerto Rico.

How to Use Your Service

Call For Assistance. For service support call one of the following toll free numbers based on your type of business. These phone lines are answered twenty-four (24) hours a day, seven days a week, including regularly observed holidays:

For Personal or Home / Small-Business:
    Technical Support                                800-624-9896
    Customer Service                                800-624-9897

Prepare for the Call. You will help the technician serve you better if you have the following information and materials ready when you call: your System's invoice and serial numbers; service tag number; model and model numbers; the current version of the operating system you are using; and the brand names and models of any peripheral devices (such as a modem) you are using.

Explain Your Problem to the Technician. Now you are ready to describe the problem you are having with your System. Let the technician know what error message you are getting and when it occurs; what you were doing when the error occurred; and what steps you may have already taken to solve the problem.

Cooperate with the Technician to Solve Your Problem. Experience shows that most System problems and errors can be corrected over the phone as a result of close cooperation between the user and the technician. Listen carefully to the technician and follow the technician's suggestions.

UNTIL YOU HAVE COMPLIED WITH THE ABOVE PROCEDURES, DELL CANNOT DISPATCH A BANCTEC SERVICE TECHNICIAN TO PERFORM ONSITE REPAIRS.

Your Service Alternatives. If the technician cannot correct your problem over the phone, the technician will confirm your selection of the following service alternatives:

"Type 1" Service Agreements are 4-hour response contracts that have a principal period of maintenance ("PPM") of 8:00 a.m. to 6:00 p.m., Monday through Friday, excluding regularly observed holidays.

"Type 2" Service Agreements are 4-hour response contracts that have a PPM covering twenty-four (24) hours a day, seven (7) days a week.

"Type 3" Service Agreements are next-business-day response contracts that have a PPM of 8:00 a.m. to 8:00 p.m., Monday through Friday, and 8:00 a.m. to 6:00 p.m. Saturday excluding regularly observed holidays.

The service alternative you have chosen is recorded on Schedule 1. This service does not cover any related network problems or any Service which would be unique to the System's operation on a network. This Agreement will only involve such Services as are required to restore your System's operational capability. You may upgrade your service level at any time during the term of this Service Agreement at the then-current price for the upgrade. For purposes of this Agreement, all references to time mean the customer's local time. References to the United States include the continental United

States, Alaska, Hawaii and Puerto Rico. PPM means the principal period of maintenance or the principal hours during which Services are rendered for a service level.

On-Site Service. Subject to the terms of this Agreement, On-Site Service is available for your System within the United States. The technician will need to have the full address of your System's location and know whether it is a residence or business. A service technician will be dispatched to your location to service your System, according to your service level, as follows:

IF YOU HAVE A TYPE 1 SERVICE AGREEMENT, THEN THE FOLLOWING SECTION APPLIES TO YOUR SYSTEM:

Type 1 Service Agreement. 4-Hour Service. If you follow these procedures, a service technician will, in most cases, be dispatched to arrive at your location for On-Site Service within four (4) hours after dispatch (during your PPM), Monday through Friday, excluding regularly observed holidays. If the service technician is dispatched after 4:00 p.m. local time, the service technician may not arrive at your location until the following business day. . If the System covered by this Service Agreement is a "portable" system (such as, but not limited to, a laptop or notebook computer or other portable model), then you will be eligible for the 4-Hour Service, for a particular call only if the Service call is to occur at your address set forth in Attachment 1. If the Service call is to occur at a different address, then the service technician will arrive at your designated location within the United States to render the Service on the next business day following your request for Service, provided the service technician is dispatched prior to 5:00PM.

IF YOU HAVE A TYPE 2 SERVICE AGREEMENT, THEN THE FOLLOWING SECTION APPLIES TO YOUR SYSTEM:

Type 2 Service Agreement. 4-Hour Service. If you follow these procedures, a service technician will, in most cases, be dispatched to arrive at your location for On-Site Service within four (4) hours after dispatch, seven (7) days a week.

IF YOU HAVE A TYPE 3 AGREEMENT, THEN THE FOLLOWING SECTION APPLIES TO YOUR SYSTEM:

Type 3 Service Agreement. Next-Business-Day/ Next-Business-Day Portable Shell Replacement Service. If you follow these procedures, a service technician will, in most cases, be dispatched to arrive at your location for On-Site Service on the next business day (during your PPM); Monday through Saturday, excluding regularly observed holidays. If the service technician is dispatched for On-Site Service after 5:00 p.m. local time, the service technician may take an additional business day to arrive at your location.

## IF YOU HAVE ANY OF THE FOREGOING AGREEMENT TYPES, THEN THE FOLLOWING SECTION APPLIES TO YOUR SYSTEM:

Holidays: Regular holidays shall include New Year's Day, Good Friday, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, the day after Thanksgiving, and Christmas Day, unless you are notified otherwise by BANCTEC.

Service Area. Four-hour response times are available only in certain metropolitan areas designated by BANCTEC.

An Adult Must Be Present At Residences: For On-Site Service provided at a residence, an adult must be present at all times during the service technician's visit.

Assistance You Must Provide. The service technician must receive full access to the System and (at no cost to BANCTEC) have working space, electricity, and a local telephone line. If these requirements are lacking, BANCTEC is not obligated to provide On-Site Service.

If You Miss The Service Visit. If you or your authorized representative are not at the location when the service technician arrives, we regret that the service technician cannot service your System. The service technician will leave a card to let you know he or she was there. If this occurs, you may be charged an additional charge for a follow-up Service call.

Whole Unit Replacement. If the telephone technician determines that the defective unit is one that is easily disconnected and reconnected, such as a keyboard or monitor, or if the technician determines that the System is one that should be replaced as a whole unit, a whole replacement unit with a prepaid return mailing label for the defective return may be sent directly to you. If a service technician delivers the replacement unit to you in person, you must relinquish the defective unit to the service technician. If you do not relinquish the defective unit to the service technician as required above, or if (in the event the replacement unit was not delivered in person by a service technician) the defective unit is not returned within ten (10) days, you agree to pay BANCTEC for the replacement unit upon receipt of invoice. Failure to honor the invoice within ten (10) days after receipt will cause the cancellation of this Agreement and may result in other legal steps.

Parts. As your service agent, BANCTEC will handle the delivery and return of the warranty parts necessary to render on-site repairs. You will be obligated to pay at the current retail price(s) for any service parts removed from your System and retained by you.

Payment Terms. All invoices are payable upon receipt. If payment is not received by BancTec within ten (10) days Customer will pay an additional fee of 1.5% per month.

Transfer of this Agreement. Subject to the limitations set forth in this Agreement, you may transfer this Agreement to anyone who buys your entire System before the Termination Date specified on Schedule 1 of this Agreement, provided you are the original purchaser of the System and this Agreement, or you have purchased the System and this Agreement from its original owner (or a previous transferee) and have complied with all the transfer rules in this Agreement.

TO TRANSFER THIS SERVICE AGREEMENT:

- Using the Internet:
  Complete the on-line form located within Dell's Service and Support section at:
  http://www.dell.com/feedback/index.htm

- Using the Transfer Card shipped with all Dell systems:
  Fax or mail the completed Transfer Card to:

  Fax #: 512/728-8063
          OR
  SERVICE TRANSFER DEPARTMENT
  BANCTEC
  ATTN: Tag Team
  c/o Dell Marketing LP.
  One Dell Way - RR2
  Round Rock, TX 78682

  *If the transfer card is lost or missing, please call the Service Transfer Department at 800- 289-3355 ext. 65353, or write to the Service Transfer Department at the above address, to receive a replacement transfer card.

General.

Renewal. Prior to the expiration of a 1-, 2-, 3-, or 4-year term, you may purchase an extension of this Agreement for up to a total of five (5) years from the Effective Date set forth in Schedule 1 by calling 800- 695-4458.

Governing Law. This Agreement is governed by Texas law.

Assignment. BANCTEC reserves the right to assign its rights and obligations under this Agreement to a qualified third party designated by BANCTEC.

Schedule 1. Schedule 1 is attached to this Agreement and is incorporated herein for all purposes.

Complete Agreement. THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN YOU AND BANCTEC AND IT SUPERSEDES ALL PRIOR ORAL AND WRITTEN PROPOSALS AND COMMUNICATIONS PERTAINING TO THE SUBJECT MATTER HEREOF. This Agreement may be amended to add additional systems or components by issuance of additions to Schedule 1.

LIMITATIONS TO SERVICE COVERAGE. THIS AGREEMENT IS OF LIMITED DURATION AND COVERAGE. This Agreement extends only to original purchasers of the System shown on Schedule 1 and located within the United States as determined by BANCTEC, and to any person who buys the System and this Agreement from the original purchaser or a subsequent transferee, as long as all transfer procedures have been complied with. This Agreement extends only to uses for which the System was designed. Except as stated below, the services BANCTEC agrees to provide under this Agreement are repair services which are necessary because of any defect which exists or occurs in materials or workmanship in the System or in any System component covered by this Agreement. Preventive maintenance is not included. Installation, deinstallation, or relocation services and operating supplies are not included. Repairs necessitated by software problems, or as a result of alteration, adjustment, or repair by anyone other than BANCTEC (or its representatives) and repair services which are necessary due to manufacturer's recall of Systems or System components are not included. BANCTEC is not obligated to repair any System or System component which has been damaged as a result of: (I) accident, misuse, or abuse of the System or component (such as, but not limited to, use of incorrect line voltages, use of incorrect fuses, use of incompatible devices or accessories, improper or insufficient ventilation, or failure to follow operating instructions) by anyone other than BANCTEC (or its representatives), (II) an act of God such as, but not limited to, lightning, flooding, tornado, earthquakes, and hurricanes, or (III) the moving of the System from one geographic location to another or from one entity to another.

Force Majeure. BANCTEC is not liable for any failure or delay in performance due to any cause beyond its control. In any event, if BANCTEC's ability to render repair services is impaired by you or circumstances beyond BANCTEC's control, BANCTEC may terminate this Agreement, in which event, you will receive a refund for any unused portion of your service term for which you had paid.

Important Notice: You should back up the software and data on your System's hard disk drive and on any other storage device(s) in the System. BANCTEC is not responsible for any loss of any software or data.

Please note that if you move or sell your System into a geographic location in which the Service coverage set forth in Schedule 1 is not available, your Service may be automatically changed to categories of Service that are available at such price or a lesser price in such new location with no refund available.

WARRANTY EXCLUSION. BANCTEC MAKES NO WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. BANCTEC EXPRESSLY DISCLAIMS ALL WARRANTIES.

LIMITATION OF REMEDY. YOUR EXCLUSIVE REMEDY AND BANCTEC'S ENTIRE, COLLECTIVE LIABILITY IN CONTRACT, TORT OR OTHERWISE, UNDER THIS AGREEMENT IS THE REPAIR OF THE DEFECTIVE SYSTEM OR COMPONENTS IN ACCORDANCE WITH THIS AGREEMENT. IF BANCTEC IS UNABLE TO MAKE SUCH REPAIR, YOUR EXCLUSIVE REMEDY AND BANCTEC'S ENTIRE LIABILITY WILL BE THE PAYMENT OF ACTUAL DAMAGES NOT TO EXCEED THE CHARGE PAID BY YOU OR, IF NO CHARGE WAS PAID, THE THEN-CURRENT PUBLISHED CHARGES FOR THIS AGREEMENT UNDER NO CIRCUMSTANCES WILL BANCTEC BE LIABLE TO YOU OR ANY OTHER PERSON FOR ANY DAMAGES, INCLUDING, WITHOUT LIMITATION, ANY INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES, EXPENSES, COST, PROFITS, LOST SAVINGS OR EARNINGS, LOST OR CORRUPTED DATA, OR OTHER LIABILITY ARISING OUT OF OR RELATED TO THIS AGREEMENT, OR OUT OF THE INSTALLATION, DEINSTALLATION, USE OF, OR INABILITY TO USE THE SYSTEM, OR OUT OF THE USE OF ANY SERVICE MATERIALS PROVIDED HEREUNDER.

THIS AGREEMEENT GIVES YOU SPECIFIC LEGAL RIGHTS AND YOU MAY HAVE OTHER RIGHTS THAT VARY FROM STATE TO STATE. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF (I) INCIDENTAL OR CONSEQUENTIAL DAMAGES OR (II) IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY.

Neither BANCTEC nor you may institute any action in any form arising out of this Agreement more than eighteen (18) months after the cause of action has arisen, or in the case of nonpayment, more than eighteen (18) months from the date of last payment.

With regard to any services that are not within the coverage of this Agreement, it will be within BANCTEC's discretion whether to perform the services, and, if BANCTEC elects to perform the services, the services will be subject to an additional charge to be paid by you.

SCHEDULE 1

Customer _____

Address _____

Effective Date _____

Service Tag No. _____

This Agreement terminates _____ year(s) from the Effective Date stated above.

Description of System covered by this Agreement:

| Quantity | Model Number | Description | Price |
|---|---|---|---|

Sales/Use Tax _____

Total

# EXHIBIT D

# PaulHastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
Twenty-Fourth Floor • 55 Second Street • San Francisco, CA 94105-3441
telephone 415 856 7000 • facsimile 415 856 7100 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(415) 856-7065
kamonnaddaf@paulhastings.com

September 15, 2006

31902-00036

**VIA HAND DELIVERY**

Brian R. Strange, Esq.
Gretchen Carpenter
Strange & Carpenter
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025

Randall Rothschild, Esq.
12100 Wilshire Blvd., Suite 1600
Los Angeles, CA 90025

Brian Momsen, Esq.
Carter, Oglesby, Momsen & Bacik
169 Mason Street, Suite 300
Ukiah, CA 95482

Re:   *Alvarez v. Dell, Inc., et al.*

Dear Counsel:

Pursuant to the Federal Arbitration Act, 9 U.S.C. Section 4, Dell hereby requests that Pamela F. Alvarez submit her claims raised in her First Amended Complaint for Damages And Equitable Relief to binding arbitration on an individual basis. Should Ms. Alvarez choose not to submit her claims to binding arbitration on an individual basis, Dell will have no choice but to seek an order compelling Ms. Alvarez to arbitrate her claims on an individual basis.

Sincerely,

/s/ Kamon Naddaf

Kamon Naddaf
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

KN:ak

LEGAL_US_W # 54407997.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is KZE Attorney Services, 350 S. Figueroa St., Ste #299, Los Angeles, CA 90071.

On September 15, 2006, I served the foregoing document(s) described as:

### NOTICE OF BINDING ARBITRATION

on the interested party by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Brian R. Strange, Esq.
Gretchen Carpenter
Strange & Carpenter
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025

[X]  **VIA PERSONAL DELIVERY:**
I personally delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on September 15, 2006, at Los Angeles, California.

MATT BRANCALE                                   /s/ Matt B_____
Type or Print Name                              Signature

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is _____
KZE Attorney Services
350 S. Figueroa St., Ste #299
Los Angeles, CA 90071
On September 15, 2006, I served the foregoing document(s) described as:

## NOTICE OF BINDING ARBITRATION

on the interested party by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Randall Rothschild, Esq.
12100 Wilshire Blvd., Suite 1600
Los Angeles, CA 90025

[X]    **VIA PERSONAL DELIVERY:**

I personally delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on September 15, 2006, at Los Angeles, California.

MATT BRANCALE                              /s/ _____
Type or Print Name                          Signature

## PROOF OF SERVICE

I am employed in the County of Mendocino, State of California. I am over the age of 18, and not a party to the within action. My business address is 308 SOUTH SCHOOL STREET, UKIAH, CA 95482.

On September 15, 2006, I served the foregoing document(s) described as:

### NOTICE OF BINDING ARBITRATION

on the interested party by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Brian Momsen, Esq.
Carter, Oglesby, Momsen & Bacik
169 Mason Street, Suite 300
Ukiah, CA 95482

☒ **VIA PERSONAL DELIVERY:**

I personally delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on September 15, 2006, at Ukiah, California.

SHARON FRAZIER                          /s/ Sharon Frazier
Type or Print Name                      Signature