1  Brian R. Strange, Bar No. 103252
   E-mail: lacounsel@earthlink.net
2  Gretchen Carpenter, Bar No. 180525
   E-mail: gcarpenter@linkline.com
3  STRANGE & CARPENTER
   12100 Wilshire Blvd., Suite 1900
4  Los Angeles, California 90025
   Tel: (310) 207-5055
5  Fax: (310) 826-3210

6  Attorneys for Respondent Pamela F. Alvarez

7

8

9              UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12  DELL INC., a corporation; DELL CATALOG )   Case No.: C06-5928 JSW
    SALES, L.P., an entity; DELL PRODUCTS, )
13  L.P., an entity                        )   Assigned for All Purposes to Honorable
                                           )   Jeffrey S. White
14                  Petitioners,           )
                                           )   STIPULATION MODIFYING BRIEFING
15  vs.                                    )   SCHEDULE ON MOTION TO DISMISS;
                                           )   [PROPOSED] ORDER
16  PAMELA F. ALVAREZ,                     )
                                           )   Date:   January 26, 2007
17                  Respondent.            )   Time:   9:00 a.m.
                                           )   Place:  Courtroom No. 2, 17th Floor
18  _____)
                                               Petition Filed: September 25, 2006
19

20

21        WHEREAS, on November 2, 2006, Respondent filed a motion to dismiss this Petition,

22  which is currently scheduled for hearing on January 26, 2007;

23        WHEREAS, on November 3, 2006, this Court issued an Order Setting Briefing Schedule,

24  ordering Petitioners' opposition brief to be filed by Monday, November 20, 2006 and

25  Respondent's reply brief to be filed by Monday, November 27, 2006, and further stating that

26  "[i]f the parties wish to modify this schedule, they may submit for the Court's consideration a

27  stipulation and proposed order demonstrating good cause for any modification requested";

28

                                    1

1  WHEREAS, for good cause, in light of the Thanksgiving holidays on November 23 and

2  24, 2006, and one of Respondent's counsel's vacation days on November 22, 2006,

3  Respondent's counsel have requested that Petitioners stipulate to an extension of their deadline

4  to file Respondent's reply brief, in order to give her counsel more than two days to prepare it;

5  and

6  WHEREAS, Petitioners have agreed to extend Respondent's deadline to file her reply

7  brief, subject to the same extension of Petitioners' time to file their opposition brief.

8  THEREFORE, for good cause, the parties hereby stipulate that Petitioners' opposition to

9  Respondent's motion to dismiss will be due on November 22, 2006, and Respondent's reply will

10  be due on December 1, 2006.

11  DATED: November 14, 2006                     Respectfully Submitted,

12                                              STRANGE & CARPENTER

13                                       By:

14                                              Brian R. Strange
                                                Gretchen Carpenter
15                                              Attorneys for Respondent

16  Dated: November 14, 2006                    PAUL, HASTINGS, JANOFSKY &
17                                              WALKER LLP

18                                       By:

19                                              Richard Elder
                                                Attorneys for Petitioners
20

21  GOOD CAUSE APPEARING, IT IS SO ORDERED.

22

23  Dated: ___ November 16, ___, 2006

24                                              Hon. Jeffrey S. White
                                                United States District Court Judge
25                                              By Honorable Phyllis J. Hamilton

26

27

28

                                2

Case No.: C06-5928 JSW - Stipulation Modifying Briefing Schedule on Motion to Dismiss;
[Proposed] Order