1  John Phillips (State Bar No. 154412)
   Richard E. Elder (State Bar No. 205389)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
3  San Francisco, CA  94105-3441
   Telephone:    (415) 856-7000
4  Facsimile:    (415) 856-7100
   johnphillips@paulhastings.com
5  richardelder@paulhastings.com

6  Attorneys for Petitioners
   DELL INC., DELL CATALOG SALES, L.P.,
7  and DELL PRODUCTS, L.P.

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 | DELL INC., a corporation; DELL           | CASE NO. C 06-5928 JSW
12 | CATALOG SALES, L.P., an entity; DELL
   | PRODUCTS, L.P., an entity,
13 |                                          | **DECLARATION OF MARY PAPE IN
   |              Petitioners,                | SUPPORT OF PETITIONERS' MOTION
14 |                                          | TO COMPEL ARBITRATION**
   |     vs.
15 |                                          | Date:        February 16, 2007
   | PAMELA F. ALVAREZ,                       | Time:        9:00 a.m.
16 |                                          | Courtroom:   2, 17th Floor
   |              Respondent.
17 |                                          | The Honorable Jeffrey S. White

# DECLARATION OF MARY PAPE

I, Mary Pape, hereby declare:

1. I am an attorney for Dell Inc., formerly Dell Computer Corporation (Dell Inc. and its affiliates are referred to collectively below as "Dell".) I have worked for Dell since March of 1999. My duties include drafting, revising and maintaining Dell legal documents, including documents related to customer sales. My duties also require me to be knowledgeable about Dell's customer ordering processes, the products and services Dell sells, Dell's record keeping practices, the documents Dell sends to its customers, Dell's policies and procedures for invoicing and shipping computer products, and Dell's return policies. In performing my job duties, I routinely work with Dell's internal computer database to review customer order records that are kept and maintained by Dell in the normal course of business. I have personal knowledge of the facts set forth herein, and, if called to testify, I could and would do so competently and under oath.

2. Dell's principal place of business is in Texas. Dell sells computer products and services directly to end-users in all fifty states. Consumer and small business customers typically order Dell products and services through Dell's website or by telephone. Orders are filled in Texas or Tennessee, and delivery is made from Texas or Tennessee to the customer through third-party delivery companies such as Federal Express. After a customer places an order, Dell builds each computer system according to the customer's specifications. Dell also sells computer service contracts on behalf of third party service providers BancTec, Inc. and QualXServ LLC, pursuant to which a customer may obtain from these service providers on-site or at-home repair services for their Dell computer equipment.

3. In the ordinary course of business, when a customer, such as Respondent Pamela Alvarez through the business Trine Jupiter Software ("Respondent"), purchases computer products and services from Dell, the customer and Dell enter into a sales contract entitled, "Dell Terms and Conditions Agreement." The Dell Terms and Conditions Agreement applicable to individuals and small businesses ("Agreement") contains a "Binding Arbitration" clause which is set forth in a separately numbered paragraph. During May of 2001, when Respondent ordered

and purchased the computer and service contract on behalf of Trine Jupiter Software that are the subject of this dispute, the Agreement's "Binding Arbitration" clause included a narrow warranty carve-out provision that exempts claims arising under Dell's written warranty. This exemption relates solely to the written warranty that is available on Dell's website and comes with the customer's computer equipment. The Agreement also has a choice-of-law provision in a separately numbered paragraph that selects Texas law to govern the sale. A true and correct copy of the Agreement Respondent accepted when she purchased her computer and service contract on behalf of Trine Jupiter Software that is the subject of this dispute is attached as Exhibit A.

4. After a customer places an order, Dell's standard business practice is to send the customer an Invoice (if there is a balance due) or an Acknowledgment which confirms the order, gives detailed information about the transaction, including a description of the products and services purchased, and sets forth the terms of the Agreement. A notice on the front side of each Invoice and Acknowledgment reads "PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE." A true and correct copy of the front of the Acknowledgement sent to Respondent, which documents the transaction giving rise to this dispute is attached as Exhibit B. A true and correct copy of the Agreement as it appeared on the back of such Invoices and Acknowledgments in May of 2001 is attached as Exhibit C. From time to time in 2001, due to a printing error, some customers received an Invoice or Acknowledgment with a "Dell Terms and Conditions Agreement" printed on the back that was intended for large corporate customers. (A true and correct copy is attached as Exhibit D.) With respect to the current motion to compel arbitration, the only significant difference between the two agreements is that the large corporate customer terms and conditions agreement does not contain a warranty exception to the scope of its arbitration agreement, requires the parties to attempt to resolve any claim or dispute through face to face negotiation or mediation, and provides for a panel of three arbitrators.

5. Pursuant to Dell's standard business practice, Dell's customers, such as Respondent, also receive a separate hard copy of the Agreement accompanying delivery of the

CASE NO. C-06-05928 JSW                    -2-         DECLARATION OF MARY PAPE IN SUPPORT OF
                                                       MOTION TO COMPEL ARBITRATION

1  computer equipment. Exhibit A is a true and correct copy of the Agreement that was sent to
2  Respondent with her computer.
3       6.    Since at least March 1999, any Dell customer or member of the general
4  public has been able to review the terms of the Agreement by clicking on any of several "Terms
5  and Conditions of Sale" hyperlinks that are highlighted in blue text on Dell's website. These
6  hyperlinks appear on several screens throughout Dell's website, and at the bottom of the page at
7  each stage of the online ordering process.
8       7.    Dell's consumer and small business customers, such as Respondent, have
9  at least three opportunities to review the terms of the Agreement before deciding to accept or
10 reject them: (1) the Agreement is set forth on Dell's website, where any customer can view it
11 either before or after placing an order; (2) after a customer orders a product from Dell, Dell sends
12 the customer an Invoice or Acknowledgment; and (3) Dell also includes a copy of the Agreement
13 along with the computer products it delivers to customers, such as Respondent.
14      8.    If a customer wishes to cancel an order after reviewing the terms and
15 conditions of the Agreement, and Dell has not yet shipped the order, Dell's policy and practice is
16 to cancel the order at no charge to the customer and refund the entire purchase price for any
17 computer equipment, software and service contracts.
18      9.    Even after a customer has received their order from Dell, the customer can
19 still cancel the purchase. The Agreement contains a separately numbered paragraph entitled
20 "Return Policies" which directs the customer to Dell's "Total Satisfaction Return Policy"
21 ("Return Policy"). At the time of Respondent's purchase on behalf of Trine Jupiter, the Return
22 Policy allows consumer and small business customers to return their purchase for any reason
23 within thirty days of the date on the Invoice or Acknowledgment for a refund or credit of the
24 product purchase price. Pursuant to Dell's standard business practice, Dell sends its customers,
25 such as Respondent, the Return Policy with the computer equipment. The Return Policy is also
26 found on Dell's website, and Dell's sales representatives are familiar with and frequently answer
27 questions about the Return Policy.
28

CASE NO. C-06-05928 JSW          -3-       DECLARATION OF MARY PAPE IN SUPPORT OF
                                            MOTION TO COMPEL ARBITRATION

10. Dell computer products come with a limited written warranty, and customers may purchase extensions of this warranty. On or about May 25, 2001, Respondent ordered a Dell Dimension computer, with a 3 year warranty, and she also ordered a 3 year service contract with BancTec, Inc. on behalf of Trine Jupiter. When a customer, such as Respondent, buys a service contract for computer repairs, the service contract covers labor, and the separate Dell limited warranty covers repair parts. A true and correct copy of the "BancTec Service Contract" in effect during May of 2001 (when Respondent purchased her computer and service contract on behalf of Trine Jupiter) is attached as Exhibit E.

11. Pursuant to Dell's standard business practice, Dell also sends its customers, such as Respondent, the Dell written warranty with the computer equipment. This is the only warranty applicable to Respondent's computer. The same written warranty is also located on Dell's website for the general public to view. A true and correct copy of the Dell written warranty in effect in May of 2001, when Respondent purchased her computer on behalf of Trine Jupiter, is attached as Exhibit F.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18th day of December, 2006, at Austin, Texas.

_/s/ Mary Pape_
Mary Pape

LEGAL_US_W # 55287102.4

CASE NO. C-06-05928 JSW       -4-       DECLARATION OF MARY PAPE IN SUPPORT OF MOTION TO COMPEL ARBITRATION