John P. Phillips (State Bar No. 154412)
Richard E. Elder (State Bar No. 205389)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
johnphillips@paulhastings.com
richardelder@paulhastings.com

Attorneys for Petitioners
DELL INC., DELL CATALOG SALES, L.P.,
and DELL PRODUCTS, L.P.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC., a corporation; DELL CATALOG SALES, L.P., an entity; DELL PRODUCTS, L.P., an entity,<br><br>Petitioners,<br><br>vs.<br><br>PAMELA F. ALVAREZ,<br><br>Respondent. | Case No. C 06-5928 JSW<br><br>**DELL PETITIONERS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO COMPEL ARBITRATION**<br><br>Hearing Date:   February 16, 2007<br>Time:                9:00 a.m.<br>Courtroom:      2, 17th Floor<br><br>The Honorable Jeffrey S. White |

Case No. C 06-5928 JSW

DELL'S REQUEST FOR JUDICIAL NOTICE
ISO MOTION TO COMPEL ARBITRATION

In connection with their Motion to Compel Arbitration, Petitioners Dell Inc., Dell Catalog Sales, L.P., and Dell Products, L.P. hereby request that, pursuant to Ninth Circuit caselaw, the Court take judicial notice of the following documents:

1. The First Amended Complaint filed on August 23, 2006, in *Alvarez v. Dell Inc., et al.*, Case No. SCUK-CVG-04-92921 (Mendocino County Superior Court). A true and correct copy of the Complaint is attached as Exhibit A.

2. The original Complaint for Damages and Equitable and Injunctive Relief, filed on December 4, 2002, in *Smulders, et al. v. Dell Computer Corp., et al.*, Case No. BC286075 (Los Angeles County Superior Court). A true and correct copy of the Complaint is attached as Exhibit B.

3. The Complaint, filed August 8, 2005, in *Provencher v. Dell Inc., et. al.*, Case No. 05CC99171 (Orange County Superior Court). A true and correct copy of the Complaint is attached as Exhibit C.

4. The Order Granting Petitions of Defendants Dell Computer Corp., BancTec, Inc. and QualxServ LLC to Compel Arbitration and Stay Proceedings, filed April 1, 2004, in *Smulders, et al. v. Dell Computer Corp., et al.*, Case No. BC286075 (Los Angeles County Superior Court). A true and correct copy of the Order is attached as Exhibit D.

5. The Minute Order Granting Motions of Defendants Dell, BancTec, and QualxServ to Compel Arbitration and Stay Proceedings, filed November 15, 2004, in *Alvarez v. Dell Inc., et al.*, Case No. SCUK-CVG-04-92921 (Mendocino County Superior Court). A true and correct copy of the Minute Order is attached as Exhibit E.

6. The Order from the Court of Appeal of the State of California In and For the First Appellate District (Division Five) Denying the Petition for Writ of Mandate, filed on January 27, 2005, in *Alvarez v. Dell Inc., et al.*, Case No. SCUK-CVG-04-92921 (Mendocino County Superior Court). A true and correct copy of the Order is attached as Exhibit F.

7. The Order of Clarification and Order Denying Motion to Lift Stay, filed on April 4, 2005, in *Alvarez v. Dell Inc., et al.*, Case No. SCUK-CVG-04-92921 (Mendocino County Superior Court). A true and correct copy of the Order is attached as Exhibit G.

8. The Complaint for Damages and Equitable Relief, filed on July 28, 2004, in *Alvarez v. Dell Inc., et al.*, Case No. SCUK-CVG-04-92921 (Mendocino County Superior Court). A true and correct copy of the Complaint is attached as Exhibit H.

9. A true and correct copy of the *Provencher* court's February 13, 2006 Order denying plaintiff's request for certification for immediate appeal pursuant to 28 U.S.C. § 1292 is attached as Exhibit I.

10. The National Arbitration Forum's ("NAF") "Fees for Common Claims" with a Consumer Party fee schedule states that the filing fee for a consumer with a claim for $2,500 or less is $25. A true and correct copy of NAF Code of Procedure, Fees for Common Claims, at http://www.adrforum.com/users/naf/resources/20060501 FeeSchedule2.pdf, is attached hereto as Exhibit J.

11. NAF Code of Procedure Rule 45 states, in relevant part, that "[a]n indigent Consumer Party may Request a waiver of Common Claim filing fees, Request Fees, Hearing Fees, or security for any arbitration, by filing with the Forum a Written Request for a waiver at the time payment is due. The Request for a waiver shall be accompanied by an Affidavit including: (1) The Party's family size; (2) All of the Party's income and sources, property and

1 assets, expenses and costs, liabilities and debts; (3)  A statement that there is no agreement

2 providing for any other person or Entity to either pay the costs or share in the proceeds of the

3 Claim or a copy of the agreement and the financial information described in Rule 45A(2) for any

4 person or Entity that has agreed to pay the costs or share in the proceeds of the Claim; and (4)  All

5 other relevant information, including releases for credit information, as requested by the Forum."

6 A true and correct copy of Rule 45 of http://www.adrforum.com/users/naf/resources/20060501

7 CodeOfProcedure072106.pdf, is attached hereto as Exhibit K.

8

9        12. The NAF's "File a Claim" instructions state that, a Party can file an

10 arbitration Claim with the Forum by submitting a Claim Form to the Forum.  "You may draft

11 your own Claim Form or use the Claim Form available from the Forum.  * * * [Include a copy] of

12 the Arbitration Agreement, or if not in your possession, include notice of the location of a copy of

13 the Arbitration Agreement. [Include] a copy of Documents that support the Claim. [Include] an

14 Affidavit asserting that the statements and Documents in the Claim are accurate. [Include] the

15 appropriate Filing Fee as provided in the Fee Schedule.  Payment of the Filing Fee can be made

16 by check or charge card (Visa, MasterCard, Discover, and American Express).  If you are an

17 indigent Consumer Party, you may request a waiver of Common Claim fees pursuant to Rule 45."

18 A true and correct copy of NAF, File a Claim, at http://www.arb-forum.com/main.aspx?itemID

19 =14&hideBar=False&nav ID=175&news=3, is attached hereto as Exhibit L.

20

21        13. The Affidavit of Poverty referred to in NAF Code of Procedure Rule 45 is

22 a two-page document containing twelve questions.  A true and correct copy of the Affidavit of

23 Poverty, at http://www.arb-forum.com/main.aspx?itemID=330&hideBar=False&navID=183

24 &news=3, is attached hereto as Exhibit M.

25

26        14. NAF Code of Procedure Rule 26(A)(2) states that "[a] Party may select a

27 Participatory Hearing of any type by: …[d]esignating the type of Participatory Hearing requested:

28

Case No. C 06-5928 JSW -3- DELL'S REQUEST FOR JUDICIAL NOTICE ISO MOTION TO COMPEL ARBITRATION

1  In-person, Telephone, or On-line." A true and correct copy of Rule 26(A)(2) is attached hereto as
2  Exhibit N.

4         15.    NAF Code of Procedure Rule 20(D) states that "[a]n Arbitrator shall follow
5  the applicable substantive law and may grant any legal, equitable or other remedy or relief
6  provided by law in deciding a Claim, Response or Request properly submitted by a Party under
7  this Code." A true and correct copy of Rule 20(D) is attached hereto as Exhibit O.

9         Judicial notice is appropriate because the filings and orders described above are
10 court records. Jones, Rosen, Wegner & Jones, *Rutter Group Practice Guide: Federal Civil
11 Trials & Evidence* § 8:875 (The Rutter Group 2006) ("Judicial notice may be taken of documents
12 filed and orders or decisions entered in any federal or state court."); *Papai v. Harbor Tug and
13 Barge Co.*, 67 F.3d 203, 207 n.5 (9th Cir. 1995) ("Judicial notice is properly taken of orders and
14 decisions made by other courts or administrative agencies.") (reversed on other grounds); *Lee v.
15 City of Los Angeles*, 250 F.3d 668, 689-90 (9th Cir. 2001) (finding that, on a motion to dismiss, a
16 court may take judicial notice of matters of public record and the existence of another court's
17 opinion which is not subject to reasonable dispute over its authenticity); *Holder v. Holder*, 305
18 F.3d 854, 866 (9th Cir. 2002) (appellate court judicially noticed state appellate opinion and briefs
19 to determine that waiver issue was not actually litigated or necessarily decided).
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Case No. C 06-5928 JSW               -4-        DELL'S REQUEST FOR JUDICIAL NOTICE
                                                 ISO MOTION TO COMPEL ARBITRATION

1  Judicial notice of the facts contained in the NAF's Code of Procedure and NAF forms and instructions is appropriate because they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *See* Fed. R. of Evid. 201(b).

DATED: December 19, 2006    PAUL HASTINGS JANOFSKY & WALKER LLP

By: _____/s/ Richard E. Elder_____
    Richard E. Elder

Attorneys for Defendants
DELL INC., DELL CATALOG SALES, L.P. and
DELL PRODUCTS, L.P.

LEGAL_US_W # 55308582.1

Case No. C 06-5928 JSW    -5-    DELL'S REQUEST FOR JUDICIAL NOTICE
ISO MOTION TO COMPEL ARBITRATION