1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   DELL INC., et al.,
10            Petitioners,                    No. C 06-05928 JSW
11       v.
12   PAMELA F. ALVAREZ,                       **ORDER SETTING BRIEFING**
                                              **SCHEDULE**
13            Respondent.
14   _____/
15       This matter is set for a hearing on February 16, 2007 on Petitioners' Motion to Remand.
16   The Court HEREBY ORDERS that Respondent's opposition brief to this motion shall be due
17   by Monday, January 8, 2007 and Petitioners' reply brief shall be due by Monday, January 15,
18   2007.
19       If the Court determines that the matter is suitable for resolution without oral argument, it
20   will so advise the parties in advance of the hearing date.  If the parties wish to modify this
21   schedule, they may submit for the Court's consideration a stipulation and proposed order
22   demonstrating good cause for any modification requested.
23       **IT IS SO ORDERED.**
24
25   Dated: December 20, 2006                  _____
26                                             JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE
27                                             by Honorable Phyllis J. Hamilton
28

**United States District Court**

For the Northern District of California

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28