IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELL INC., et al., | |
|     Petitioners, | No. C 06-05928 JSW |
|   v. | |
| PAMELA F. ALVAREZ, | **AMENDED ORDER SETTING BRIEFING SCHEDULE** |
|     Respondent. | |

    This matter is set for a hearing on February 16, 2007 on Petitioners' Motion to Compel Arbitration (not Motion to Remand). The Court HEREBY ORDERS that Respondent's opposition brief to this motion shall be due by Monday, January 8, 2007 and Petitioners' reply brief shall be due by Monday, January 15, 2007.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: December 22, 2006

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE